UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| GABRIEL GONZALEZ,<br><br>   Plaintiff,<br><br>  v.<br><br>ROY P. MACHADO, et al.,<br><br>   Defendants. | Case No. 17-cv-02203-LB<br><br>**ORDER TO SHOW CAUSE**<br>Re: ECF No. 42 |

The parties ostensibly settled their case in November and filed a notice of settlement in December.[1] On March 19, 2018, the parties jointly stated that the defendants had not signed the final settlement agreement or funded the settlement.[2] The court held a status hearing on March 29, 2018.[3] The defendants did not appear at the hearing.[4] On March 20, 2018, the court entered an order for the defendants to appear at a new hearing on April 19, 2018 and show cause why the settlement agreement had not been signed, why the agreed-upon settlement consideration had not

---

[1] Joint Notice of Settlement – ECF No. 25. Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Joint Status Report – ECF No. 28 at 2.

[3] *See* Minute Entry – ECF No. 34.

[4] *See id.*

ORDER – No. 17-cv-02203-LB

been delivered, and why the case should not be restored to the court's trial calendar.[5] The defendants' counsel, Michael David Welch, appeared at the April 19, 2018 hearing and stated that he had lost contact with his clients.[6] Mr. Welch asked for another month to try to get back into contact with his clients and ascertain their status.[7] On May 17, 2018, the parties filed a joint case-management statement.[8] The statement did not contain an update about whether Mr. Welch was in contact with his clients and did not include the defendants' position on a number of the required case-management topics.[9] On May 18, 2018, the court asked the parties to re-file their statement by May 21, 2018 at 3:00 p.m. with an update about whether Mr. Welch was in contact with his clients.[10] On May 21, 2018 at 5:16 p.m., the plaintiff, Gabriel Gonzalez, filed a status report stating that he had received no communication from Mr. Welch (despite attempts to contact him).[11] In light of the defendants' non-responsiveness, Mr. Gonzalez asked that the court enter an order to show cause why the defendants' answer should not be stricken.[12]

The court sets a show-cause hearing for June 7, 2018 at 11:00 a.m. At that hearing, the defendants and Mr. Welch must appear in person to address the status of this case and to show cause why the settlement agreement has not been signed, why the agreed-upon settlement consideration has not been delivered, and why the court should not strike the defendants' answer.[13]

**IT IS SO ORDERED.**

Dated: May 21, 2018

LAUREL BEELER
United States Magistrate Judge

---

[5] Order to Show Cause – ECF No. 35.

[6] *See* Minute Entry – ECF No. 38.

[7] Apr. 19, 2018 Hr'g.

[8] Joint Case Mgmt. Statement – ECF No. 40.

[9] *See id.*

[10] Clerk's Notice – ECF No. 41.

[11] Pl.'s Status Report – ECF No. 42.

[12] *Id.*

[13] Answer – ECF No. 8.